# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSENTHAL, LEE H. | U.S.D.C.-S.D.TX | 08/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.DISTRICT JUDGE-ACTIVE | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

515 RUSK
ROOM 11535
HOUSTON, TEXAS 77002

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 2. | MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE |
| 3. | MEMBER, BOARD OF TRUSTEES | RICE UNIVERSITY |
| 4. | MEMBER, BOARD OF TRUSTEES | CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 5. | MEMBER, ADVISORY BOARD | INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LEGAL SYSTEM |
| 6. | MEMBER, BOARD OF VISITORS | DUKE UNIVERSITY SCHOOL OF LAW |
| 7. | MEMBER, EXECUTIVE COMMITTEE, COUNCIL | AMERICAN LAW INSTITUTE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | NATIONAL BOARD OF BAR EXAMINERS, WRITING | $5,250.00 |
| 2. | 2015 | UNIVERSITY OF HOUSTON, TEACHING | $2,200.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓.: DIRECTOR'S FEES |
| 2. | 2015 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ PARTNER DISTRIBUTION |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ASSOCIATION OF AMERICAN LAW SCHOOLS | JANUARY 2-4, 2015 | WASHINGTON, DC | ANNUAL MEETING | LOGDING, AIRFARE |
| 2. | LOUISIANA STATE UNIVERSITY | JANUARY 4-8, 2015 | BATON ROUGE, LA | FACULTY, LSU APPRENTICESHIP PROGRAM | LOGDING, MEALS, TRANSPORTATION, AIRFARE, MISC. |
| 3. | AMERICAN LAW INSTITUTE | JANUARY 14-16, 2015 | PHILDELPHIA, PA | ATTEND COUNCIL MEETING | LOGDING, TRANSPORTATION, AIRFARE |
| 4. | FEDERAL JUDICIAL CENTER AND NYU | MARCH 12-15, 2015 | NEW YORK, NY | FJC/NYU EMPLOYMENT CONFERENCE | LODGING, MEALS, TRANSPORTATION, AIRFARE |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2016 |

| # | | Date | Location | Purpose | Items Paid or Provided |
|---|---|---|---|---|---|
| 5. | CEELI | APRIL 13-17, 2015 | TUNISIA, TUNIS | CEELI INSTITUTE OF PRAGUE TRAINING FOR TUNISIAN JUDGES | LOGDING, TRANSPORTATION, AIRFARE, MISC. |
| 6. | THE NATIONAL CONFERENCE OF BAR EXAMINERS | APRIL 17-20, 2015 | WASHINGTON, DC | BAR EXAMINERS MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE, MISC. |
| 7. | FEDERAL JUDICIAL CENTER | APRIL 20-22, 2015 | SEATTLE, WA | FJC MAGISTRATE JUDGES WORKSHOP | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 8. | AMERICAN BAR ASSOCIATION | MAY 15, 2015 | NEW YORK, NY | ABA E-DISCOVERY INSTITUTE | TRANSPORTATION, AIRFARE |
| 9. | AMERICAN LAW INSTITUTE | MAY 17-18, 2015 | WASHINGTON, DC | ALI ANNUAL MEETING | LODGING, TRANSPORTATION, AIRFARE |
| 10. | DUKE LAW SCHOOL | MAY 28-29, 2015 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 11. | DUKE LAW SCHOOL | JUNE 4-5, 2015 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 12. | DUKE LAW SCHOOL | JUNE 10-12, 2015 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 13. | DUKE LAW SCHOOL | JUNE 22-24, 2015 | ARLINGTON, VA | DUKE LAW CLASS ACTION SETTLEMENT CONFERENCE | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 14. | ABA/DUKE LAW SCHOOL | AUGUST 27-28, 2015 | DALLAS, TX | DUKE/ABA PROPORTIONALITY GUIDELINES MEETING | LODGING, MEALS, AIRFARE |
| 15. | AMERICAN COLLEGE OF TRIAL LAWYERS | SEPTEMBER 2-12, 2015 | LONDON, ENGLAND | AMERICAN COLLEGE OF TRIAL LAWYERS UK-US LEGAL EXCHANGE | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 16. | AMERICAN LAW INSTITUTE | OCTOBER 14-16, 2015 | NEW YORK, NY | ALI COUNCIL MEETING | LODGING, MEALS |
| 17. | YALE LAW SCHOOL | OCTOBER 25-26, 2015 | NEW HAVEN, CT | YALE CLASS TALK | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 18. | ABA/DUKE LAW SCHOOL | NOVEMBER 10-11, 2015 | NEW YORK, NY | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRESENTATION | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 19. | ABA/DUKE LAW SCHOOL | NOVEMBER 11-12, 2015 | PHILADELPHIA, PA | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRESENTATION | LODGING, MEALS, TRANSPORTATION |
| 20. | ABA/DUKE LAW SCHOOL | NOVEMBER 12-15, 2015 | NEWARK, NJ | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRESENTATION | MEALS, TRANSPORTATION, AIRFARE |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENTHAL, LEE H. | 08/12/2016 |

| | | | | |
|---|---|---|---|---|
| 21. | NATIONAL CONFERENCE OF BAR EXAMINERS | NOVEMBER 20-22, 2015 | AUSTIN, TX | NATIONAL CONFERENCE OF BAR EXAMINERS FEDERAL CIVIL PROCEDURE COMMITTEE MEETING | LODGING, MEALS, TRANSPORTATION, AIRFARE |
| 22. | ABA/DUKE LAW SCHOOL | DECEMBER 2-3, 2015 | ST. LOUIS, MO | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRESENTATION | LODGING, MEAL, TRANSPORTATION, AIRFARE |
| 23. | ABA/DUKE LAW SCHOOL | DECEMBER 3-4, 2015 | ATLANTA, GA | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRESENTATION | LODGING, MEAL, TRANSPORTATION, AIRFARE |
| 24. | ABA/DUKE LAW SCHOOL | DECEMBER 6-7, 2015 | CHICAGO, IL | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRESENTATION | LODGING, MEAL TRANSPORTATION, AIRFARE |
| 25. | ABA/DUKE LAW SCHOOL | DECEMBER 7-8, 2015 | WASHINGTON, DC | ABA/DUKE PROPORTIONALITY ROADSHOW PANEL PRESENTATION | LODGING, MEAL, TRANSPORTATION, AIRFARE |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemp- tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 | Arkansas St College 0.00% due 6/1/15 | | None | | | Mature | 6/1/15 | M | G | |
| 2 | Austin TX Wtr 5.00% due 5/15/35 | D | Int | | | Mature | 5/15/15 | N | | |
| 3 | Bexar Cty, TX GO 5.25% due 6/15/23 | E | Int | N | T | | | | | |
| 4 | Brazos Cty, TX 5.00% due 9/1/25 | D | Int | N | T | | | | | |
| 5 | Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| 6 | College Station ISD 4.6250% due 9/15/20 | D | Int | N | T | | | | | |
| 7 | Denton, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| 8 | District Columbia 5.00% due 6/1/17 | E | Int | N | T | | | | | |
| 9 | Ft. Bend TX ISD 0.00% due 8/15/15 | | None | | | Mature | 8/17/15 | L | F | |
| 10 | Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | N | T | | | | | |
| 11 | Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| 12 | Harris Cty, TX, 5.00% due 10/1/19 | D | Int | N | T | | | | | |
| 13 | Harris Cty, TX, 5.75% due 10/1/20 | E | Int | M | T | | | | | |
| 14 | Houston, TX ISD 5.00% due 2/15/22 | C | Int | | | Redeem | 2/17/15 | M | A | |
| 15 | Houston, TX Pub Impt 5.00% due 3/1/20 | E | Int | O | T | | | | | |
| 16 | Laredo TX ISD 0.00% due 08/01/23 | | None | | | Redeem | 8/17/15 | L | F | |
| 17 | Leander TX ISD 0.00% due 8/15/20 | | None | N | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,000-$100,000; G=$100,001-$1,000,000;
H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18 | Leander TX ISD 0.00% due 8/15/21 | | None | N | T | | | | | |
| 19 | Leander TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| 20 | Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| 21 | Mesquite TX ISD 0.00% due 8/15/32 | | None | N | T | | | | | |
| 22 | Northwest, TX ISD 5.00% due 2/15/16 | D | Int | M | T | | | | | |
| 23 | Richmond Co., GA Dev 6.375% due 12/01/21 | | None | L | G | | | | | |
| 24 | Royse City, TX ISD 0.00% due 8/15/25 | | None | | | Redeem | 8/17/15 | N | G | |
| 25 | Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/24 | | None | N | T | | | | | |
| 26 | Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/25 | | None | N | T | | | | | |
| 27 | Snohomish Cty WA ISD 5.25% due 12/1/24 | D | Int | N | T | | | | | |
| 28 | St of Illinois 5.00% due 6/1/22 | D | Int | M | T | | | | | |
| 29 | St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| 30 | Texarkana, TX ISD 0.00% due 2/15/26 | | None | M | T | | | | | |
| 31 | University TX Univ 5.25% due 7/1/21 | E | Int | N | T | | | | | |
| 32 | Wylie, TX ISD 0.00% due 8/15/19 | | None | N | T | | | | | |
| 33 | Wylie, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| 34 | JPM Chase-Checking | | None | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
  H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br><br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day<br><br>(2) | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35 | HSA Bank | A | Int | L | T | | | | | |
| 36 | Merrill Lynch (SP) | A | Int | | | Closed | 4/2/15 | K | | |
| 37 | Ally Bank | D | Int | P1 | T | | | | | |
| 38 | American Express Bank, FSB | F | Int | P2 | T | | | | | |
| 39 | AIF V Private Investors LLC | | (1) | J | U(1) | Sold | (1) | J | | |
| 40 | AIF VI Private Investors LLC | | (1) | N | U(1) | Sold | (1) | L | | |
| 41 | AIF VII Private Investors LLC | | (1) | M | U(1) | Sold | (1) | M | | |
| 42 | APAX Europe VII Private Investors, LLC | | (1) | M | U(1) | Sold | (1) | M | | |
| 43 | Atlantic Trust Company, N.A. | A | Div | J | T | | | | | |
| 44 | Barclays Bank | C | Int | P1 | T | Open | 4/7/15 | P1 | | |
| 45 | BRK B-Common | | None | O | T | Buy (addl) | 5/1/15 | M | | |
| 46 | | | | | | Buy (addl) | 5/1/15 | M | | |
| 47 | Black Stone Minerals Company, LP | | (1) | | | Final Exchange | 5/6/15 | L | | IPO exchange(2) |
| 48 | Black Stone Minerals, LP common units | | (1) | P1 | U(1) | Exchange | 5/6/15 | K | | IPO exchange(2) |
| 49 | Black Stone Minerals, LP sub units | | (1) | P1 | U(1) | Exchange | 5/6/15 | L | | IPO exchange(2) |
| 50 | Arrowhead Research Corp | | None | (11) | (11) | | | | | |
| 51 | Brand Group Holdings, Inc.-Common | | None | M | U | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
 H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
 P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2016 |

VII.  INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br><br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day<br>(2) | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52 | Carlyle Asia Partners II | | (1) | N | U(1) | Sold | (1) | M | | |
| 53 | CAP IV Private Investors, LLC (11) | | (1) | M | U(1) | Buy | (1) | M | | |
| 54 | Carlyle Japan International Partners II, L.P. | | (1) | L | U(1) | Sold | (1) | J | | |
| 55 | CIT Bank | E | Int | P1 | T | | | | | |
| 56 | CJIP II Limited, L.P. | | (1) | K | U(1) | Buy | (1) | J | | |
| 57 | CD&R Fund VII Private Investors, LLC | | (1) | N | U(1) | Sold | (1) | M | | |
| 58 | CD&R Fund IX Private Investors, LLC (11) | | (1) | M | U(1) | Sold | (1) | M | | |
| 59 | Consumer Staples Select Sector SPDR-ETF<br>(see Page 16, Line 176) | | | | | | | | | |
| 60 | Continuum Energy (see Seminole, Page 12,<br>Line 117) | | | | | | | | | |
| 61 | CVEO-Restricted Stock | | None | (9) | (9) | | | | | |
| 62 | CVEO-Common | | None | L | T | | | | | |
| 63 | Discover Bank | E | Int | P1 | T | Open | 5/6/15 | P1 | | |
| 64 | Emerald Marina Bay | | (1) | M | U(1) | | | | | |
| 65 | Emerald Cambridge | | (1) | J | U(1) | | | | | |
| 66 | Emerald Marina Cove | | (1) | J | U(1) | | | | | |
| 67 | Emerald Marina Shores | | (1) | J | U(1) | | | | | |
| 68 | Encino Energy, LLC | | (1) | J | U(1) | Buy | (1) | L | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,000-$100,000; G=$100,001-$1,000,000;
   H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 | Energy Capital Investors Fund, LLC | | (1) | J | U(1) | Buy | (1) | J | | |
| 70 | FDC Group McKinney, Ltd | | (1) | J | U(1) | Sold | (1) | K | | |
| 71 | FDC Group Crawford, Ltd. | | (1) | M | U(1) | | | | | |
| 72 | FDC Group Dunlavy, Ltd. | | (1) | L | U(1) | | | | | |
| 73 | FDC Group Wilcrest, Ltd. | | (1) | J | U(1) | Sold | (1) | K | | |
| 74 | FDC Group Yorktown, Ltd. | | (1) | M | U(1) | Buy | (1) | K | | |
| 75 | FDC Group Waugh, Ltd. | | (1) | M | U(1) | | | | | |
| 76 | FPA Crescent-Mutual Fund | E | Div/Int | O | T | | | | | |
| 77 | Finger-Roxboro, Ltd | | (1) | M | U(1) | Buy | 3/23/15 | M | | |
| 78 | Finger-VOTL, Ltd. | | (1) | M | U(1) | Buy | 3/23/15 | M | | |
| 79 | Goldman Sachs Bank | A | Int | M | T | | | | | |
| 80 | Mt. Kellett | | (1) | N | U(1) | Sold | (1) | L | | |
| 81 | Mt. Kellett II | | (1) | N | U(1) | Sold | (1) | M | | |
| 82 | GE Capital Bank | A | Int | O | T | Open | 8/28/15 | O | | |
| 83 | Great Northern Midstream, LLC | | (1) | M | U(1) | Sold | (1) | K | | |
| 84 | Hawkins Investment Partnership | | (1) | O | U(1) | Sold | (1) | P2 | | |
| 85 | Ishares Core High Dividend-ETF (see Page 11, Line 92) | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,000-$100,000; G=$100,001-$1,000,000;
H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemp- tion) | (2) Date: Month- Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86 | Heaney Rosenthal Inc. | | | (1) | J | U(1) | Buy(addl) | 6/26/15 | K | | |
| 87 | | | | | | | Buy(addl) | 12/16/15 | K | | |
| 88 | HMTF Fund IV | | | (1) | J | U(1) | Sold | (1) | J | | |
| 89 | HydroEx Acquisition, LLC - Note Receivable | | J | Int | K | T | | | | | |
| 90 | IShares Global Energy-ETF | | E | Div | O | T | | | | | |
| 91 | IShares US Consumer Goods-ETF | | E | Div | P1 | T | | | | | |
| 92 | Ishares Core High Dividend-ETF | | E | Div | N | T | | | | | |
| 93 | JPMorgan Chase Investment Account - Cash | | A | Int | O | T | | | | | |
| 94 | KKR 2006 Private Investors, LLC | | | (1) | N | U(1) | Sold | (1) | M | | |
| 95 | KMI-Common | | E | Div | O | T | Buy(addl) | 11/3/15 | M | | |
| 96 | | | | | | | Buy(addl) | 11/11/15 | K | | |
| 97 | Merrill Lynch (CMA) | | B | Int | P2 | T | | | | | |
| 98 | Oaktree Capital Group LLC | | A | Div | P1 | T | Buy(addl) | 4/15/15 | M | | |
| 99 | | | | | | | Buy(addl) | 6/10/15 | M | | |
| 100 | | | | | | | Buy(addl) | 10/2/15 | L | | |
| 101 | | | | | | | | | | | |
| 102 | | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day<br>(2) | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103 | OIS-Restricted Stock | | None | (9) | (9) | | | | | |
| 104 | OIS-Common | | None | O | T | | | | | |
| 105 | Pearl Midtown, LLC | | (1) | J | U(1) | Sold | (1) | L | | |
| 106 | Pearl CityCenter, LLC | | (1) | M | U(1) | | | | | |
| 107 | Platform Partners, LLC | | (1) | O | U(1) | Buy | (1) | L | | |
| 108 | RDS/B - ADR | D | Div | N | T | Buy | 10/2/15 | L | | |
| 109 | | | | | | Buy(addl) | 9/30/15 | L | | |
| 110 | | | | | | Buy(addl) | 10/1/15 | M | | |
| 111 | SCF-V, L.P. | | (1) | K | U(1) | Buy | (1) | J | | |
| 112 | SCF-VI, L.P. | | (1) | M | U(1) | Buy | (1) | J | | |
| 113 | SCF-VII, L.P. | | (1) | N | U(1) | Sold | (1) | K | | |
| 114 | SCF-VII (AIV), L.P. | | (1) | K | U(1) | Buy | (1) | J | | |
| 115 | SCF-VIII, L.P. | | (1) | M | U(1) | Buy | (1) | K | | |
| 116 | SCF-VIII (AIV), L.P. | | (1) | L | U(1) | Buy | (1) | J | | |
| 117 | Seminole (currently known as Continuum Energy) | | (1) | K | U(1) | Buy | (1) | J | | |
| 118 | SJKI-Common | | None | M | T | | | | | |
| 119 | SRE Properties, LP | | (1) | J | (1) | Sold | (1) | K | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,000-$100,000; G=$100,001-$1,000,000;
   H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2016 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemp- tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120 | Surefire Social-Convertible Pfd | | None | J | U | Buy | 6/11/15 | K | | |
| 121 | | | | | | Buy(addl) | 12/16/15 | J | | |
| 122 | Synchrony Bank | E | Int | P1 | T | Open | 4/28/15 | P1 | | |
| 123 | ▅▅▅ LP | | (1) | M | U(1) | Sold | (1) | M | | |
| 124 | ▅▅▅▅▅ LLC | | (1) | J | U(1) | Sold | (1) | J | | |
| 125 | ▅▅▅ III, LLC | | (1) | J | U(1) | | | | | |
| 126 | ▅▅▅ LLC | | (1) | J | U(1) | | | | | |
| 127 | ▅▅▅ LP | | (1) | K | U(1) | Sold | (1) | O | | |
| 128 | ▅▅▅▅ II, LP | | (1) | L | U(1) | Sold | (1) | K | | |
| 129 | ▅▅▅ GP, LP | | (1) | N | U(1) | Sold | (1) | L | | |
| 130 | ▅▅▅ III, LP | | (1) | O | U(1) | Sold | (1) | P1 | | |
| 131 | ▅▅▅▅ III, LP | | (1) | P1 | U(1) | Sold | (1) | M | | |
| 132 | ▅▅▅ GP, LP | | (1) | P2 | U(1) | Sold | (1) | P1 | | |
| 133 | ▅▅▅▅ III(▅), L.P. | | (1) | | | Final sold | (1) | L | | |
| 134 | ▅▅▅ III (▅ GP), L.P. | | (1) | | | Final sold | (1) | O | | |
| 135 | ▅▅▅▅▅▅ (12) (alpha sort) | | | | | | | | | |
| 136 | American Bath | | (1) | N | U(1) | Buy(addl) | 1/27/15 | M | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 137 | American Bath (cont'd) | | | | | Buy(addl) | 6/3/15 | K | | |
| 138 | B&G | | (1) | J | U(1) | Sold(part) | 5/27/15 | M | | |
| 139 | | | | | | Sold(part) | 10/5/15 | J | | |
| 140 | CST Industries | | (1) | L | U(1) | | | | | |
| 141 | DexKo (formerly Dexter) | | (1) | O | U(1) | Buy(addl) | 12/15/15 | K | | |
| 142 | Express | Y | | | | | | | | |
| 143 | Liqui-Box | | (1) | J | U(1) | Sold(part) | 10/1/15 | P1 | | |
| 144 | | | | | | Sold(part) | 10/1/15 | M | | |
| 145 | Panolam | | | | | Final sold | (1) | J | | |
| 146 | Process Barron | | (1) | M | U(1) | Buy | 2/11/15 | M | | |
| 147 | Roberts Gordon (became Specified Air Solutions) | | | | | | | | | |
| 148 | SafeFleet | | (1) | N | U(1) | Buy(addl) | 6/3/15 | J | | |
| 149 | Saxco | | (1) | N | U(1) | | | | | |
| 150 | Specified Air Solutions | | (1) | M | U(1) | Buy(addl) | 1/27/15 | L | | |
| 151 | Stackpole | | | | | Final sold | 4/2/15 | O | | |
| 152 | Universal Fibers | | (1) | K | U(1) | Sold(part) | 10/5/15 | M | | |
| 153 | Velcon | | | | | Final Sold | 10/5/15 | M | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
   H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154 | ▌▌▌▌▌ L.P. 401(k):FA Stable Value | A | Div/Int | M | T | | | | | |
| 155 | JP Morgan Chase-Checking | | None | J | T | | | | | |
| 156 | JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| 157 | TROW-Common | D | Div | N | T | | | | | |
| 158 | Vac One | | None | (10) | (10) | | | | | |
| 159 | Vanguard Tax-Exempt M/M-Mutual Fund | A | Div/Int | P1 | T | | | | | |
| 160 | Vanguard Admiral Fund Treasury M/M-Mutual Fund | A | Div/Int | J | T | | | | | |
| 161 | Vanguard Large Cap Index Fund Adm | D | Div/Int | O | T | Buy | 9/1/15 | O | | Exchanged from Vanguard Tax-Managed Cap Apprec Fund |
| 162 | Vanguard Large Cap ETF | D | Div | P1 | T | Buy | 9/1/15 | P1 | | |
| 163 | Vanguard Tax-Managed Cap Apprec-Mutual | A | Div/Int | | | Buy | 5/4/15 | M | | |
| 164 | | | | | | Buy(addl) | 3/16/15 | N | | |
| 165 | | | | | | Sold | 9/1/15 | O | | Exchanged to Vanguard Large Cap Index Fund |
| 166 | Vanguard S&P 500 Index ETF | D | Div | | | Buy | 3/9/15 | N | | |
| 167 | | | | | | Buy(addl) | 3/11/15 | M | | |
| 168 | | | | | | Buy(addl) | 3/24/15 | N | | |
| 169 | | | | | | Buy(addl) | 4/30/15 | M | | |
| 170 | | | | | | Buy(addl) | 5/1/15 | M | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
  H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171 | Vanguard S&P 500 Index ETF (cont'd) | | | | | Buy(addl) | 5/14/15 | O | | |
| 172 | | | | | | Buy(addl) | 6/11/15 | M | | |
| 173 | | | | | | Buy(addl) | 5/14/15 | M | | |
| 174 | | | | | | Sold | 9/1/15 | P1 | | |
| 175 | WLR Recovery IV Investors, LLC | | (1) | L | U(1) | Sold | (1) | K | | |
| 176 | Consumer Staples Select Sector SPDR-ETF | E | Div | O | T | | | | | |
| 177 | Xapp Media | | None | (11) | (11) | Buy(addl) | 12/7/15 | K | | |
| 178 | Zinc Oxide LLC | | (1) | L | U(1) | Buy | (1) | K | | |
| 179 | Certain LLC 1/18 | | (1) | J | U(1) | Sold | (1) | J | | |
| 180 | Certain Limited Partners 1/39 | | (1) | K | U(1) | Sold | (1) | J | | |
| 181 | Certain Limited Partners 2/54 | | | | | | | | | |
| 182 | - Elliott Associates, L.P. | | (1) | P2 | U(1) | Buy | (1) | O | | |
| 183 | - West Cam, L.P. | | (1) | J | U(1) | Sold | (1) | J | | |
| 184 | - MP GEO, LLC | | (1) | J | U(1) | Sold | (1) | J | | |
| 185 | - Midland Basin GEO, LLC | | (1) | J | U(1) | | | | | |
| 186 | - Gamma Geo | | (1) | J | U(1) | Sold | (1) | J | | |
| 187 | - Flex Waz | | (1) | L | U(1) | Sold | (1) | K | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188 | Certain LLC 2/54 (1% owner in 2/54 LP) | | (1) | J | U(1) | Sold | (1) | J | | |
| 189 | *IRA #1* | | | | | | | | | |
| 190 | US Treasury Zero% Obligations | | None | M | T | | | | | |
| 191 | Merrill Lynch Cash | A | Int | K | T | | | | | |
| 192 | Vanguard Admiral Fund Treasury M/M-Mutual Fund | A | Div/Int | N | T | | | | | |
| 193 | Vanguard Prime M/M-Mutual Fund | A | Div/Int | L | T | | | | | |
| 194 | Vanguard 500 Index Fund | D | Div/Int | O | T | | | | | |
| 195 | Vanguard S&P 500 Index ETF | D | Div | N | T | | | | | |
| 196 | | | | | | | | | | |
| 197 | *IRA #2* | | | | | | | | | |
| 198 | Merrill Lynch Cash | A | Int | L | T | | | | | |
| 199 | US Treas 2.375% due 11/15/17 | B | Int | M | T | | | | | |
| 200 | Fairholme-Mutual Fund | | None | | | Sold | 4/20/15 | M | | |
| 201 | FPA Crescent-Mutual Fund | E | Div/Int | O | T | | | | | |
| 202 | Goldman Sachs Bank | A | Int | K | T | | | | | |
| 203 | Goldman Sachs Liberty Harbor | | None | K | T | | | | | |
| 204 | Hawkins Investment Partnership, L.P. | | None | | | Final sold | (1) | P1 | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
 H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
 P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2016 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell merger, redemp- tion) | (2) Date: Month- Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205 | IShares Core High Dividend-ETF | D | Div | O | T | | | | | |
| 206 | KMI-Common Stock | D | Div | N | T | Buy | 8/5/15 | M | | |
| 207 | | | | | | Buy(addl) | 8/14/15 | M | | |
| 208 | | | | | | Sold(part) | 8/17/15 | M | B | |
| 209 | | | | | | Sold | 8/25/15 | M | | |
| 210 | | | | | | Buy | 8/25/15 | N | | |
| 211 | | | | | | Sold | 9/4/15 | N | C | |
| 212 | | | | | | Buy | 9/4/15 | M | | |
| 213 | | | | | | Sold | 9/11/15 | M | | |
| 214 | | | | | | Buy | 9/16/15 | M | | |
| 215 | | | | | | Buy(addl) | 9/25/15 | L | | |
| 216 | | | | | | Buy(addl) | 9/28/15 | L | | |
| 217 | | | | | | Buy(addl) | 11/6/15 | M | | |
| 218 | | | | | | Buy(addl) | 11/11/15 | L | | |
| 219 | | | | | | Buy(addl) | 11/12/15 | K | | |
| 220 | | | | | | Buy(addl) | 11/16/15 | K | | |
| 221 | Oaktree-Units | E | Div | O | T | Buy | 4/23/15 | N | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 | Oaktree-Units (cont'd) | | | | | Buy(addl) | 6/10/15 | M | | |
| 223 | | | | | | Buy(addl) | 10/2/15 | K | | |
| 224 | RDSB-ADR | D | Div | O | T | Buy | 9/2/15 | N | | |
| 225 | | | | | | Buy(addl) | 9/2/15 | M | | |
| 226 | | | | | | Sold(part) | 9/4/15 | M | | |
| 227 | | | | | | Sold(part) | 9/22/15 | L | | |
| 228 | | | | | | Buy(addl) | 9/24/15 | L | | |
| 229 | | | | | | Buy(addl) | 9/25/15 | M | | |
| 230 | | | | | | Buy(addl) | 9/28/15 | M | | |
| 231 | SJKI-Common Stock | | None | K | T | | | | | |
| 232 | Vanguard Admiral Fund Treasury M/M-Mutual Fund | A | Div/Int | J | T | | | | | |
| 233 | Vanguard Prime M/M-Mutual Fund | A | Div/Int | | | Exchange | 4/21/15 | M | | Exchange to Vanguard Tax-Exempt Fund |
| 234 | Vanguard Tax-Exempt M/M-Mutual Fund | A | Div/Int | K | T | | | | | |
| 235 | Vanguard 500 Index Fund | A | Div/Int | N | T | | | | | |
| 236 | Vanguard S&P 500 Index ETF | E | Div | P1 | T | Buy(addl) | 1/7/15 | N | | |
| 237 | | | | | | Buy(addl) | 1/22/15 | N | | |
| 238 | | | | | | Buy(addl) | 3/6/15 | O | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 22.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239 | Vanguard S&P 500 Index ETF (cont'd) | | | | | Sold(part) | 5/7/15 | O | | |
| 240 | | | | | | Buy(addl) | 5/15/15 | N | | |
| 241 | | | | | | Buy(addl) | 6/5/15 | N | | |
| 242 | | | | | | Sold(part) | 11/12/15 | L | | |
| 243 | | | | | | Sold(part) | 11/16/15 | K | | |
| 244 | #2 Trust (R8) | | | | | | | | | |
| 245 | - Merrill Lynch Reserves | A | Int | L | T | | | | | |
| 246 | - IShares US Consumer Goods - ETF | D | Div | O | T | | | | | |
| 247 | - Vanguard Tax-Managed Capital Appreciation-Mutual Fund | E | Div/Int | P | T | | | | | |
| 248 | - Vanguard Admiral Fund Treasury-Mutual Fund | A | Div/Int | K | T | | | | | |
| 249 | - Vanguard Tax-Exempt M/M-Mutual Fund | A | Div/Int | J | T | | | | | |
| 250 | Certain Limited Partners 2/54 | | | | | | | | | |
| 251 | - Elliott Associates, L.P. | | (1) | P1 | U(1) | Buy | (1) | L | | |
| 252 | #3 Trust (H8) | | | | | | | | | |
| 253 | - Merrill Lynch Reserves | A | Int | L | T | | | | | |
| 254 | - Consumer Staples Select Sector SPDR-ETF | B | Div | M | T | | | | | |
| 255 | - Vanguard Tax-Managed Capital Appreciation-Mutual Fund | A | Div/Int | N | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
  H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/12/2016 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day<br>(2) | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256 | - Vanguard Admiral Fund Treasury M/M-Mutual Fund | A | Div/Int | L | T | | | | | |
| 257 | - Vanguard Tax-Exempt M/M-Mutual Fund | A | Div/Int | K | T | | | | | |
| 258 | | | | | | | | | | |
| 259 | | | | | | | | | | |
| 260 | | | | | | | | | | |
| 261 | | | | | | | | | | |
| 262 | | | | | | | | | | |
| 263 | | | | | | | | | | |
| 264 | | | | | | | | | | |
| 265 | | | | | | | | | | |
| 266 | | | | | | | | | | |
| 267 | | | | | | | | | | |
| 268 | | | | | | | | | | |
| 269 | | | | | | | | | | |
| 270 | | | | | | | | | | |
| 271 | | | | | | | | | | |
| 272 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000;
  H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 22.

(1)    Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in net cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4). Where filer is a passive owner with no control over investments or timing of calls or distributions, such cash distributions and calls are set forth in Column D(3) as a net aggregate amount for the reporting period. "Buy" indicates net cash paid into the entity and "sold" indicates net cash paid by entity to filer. Sale by filer of an interest in any such entity is treated as part of the net cash transferred per the immediately preceding sentence with any proceeds from such sale being added to such net cash amount (as opposed to any D(4) calculation).

    (1) (a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to income, gross value or transaction values.

    (2) (b) In connection with Footnote (1) private company investment partnerships, Column D(2) will reflect the initial investment date for new private company investment partnerships in the reporting year purchased.

(2)    In an initial public offering/merger, Black Stone Minerals Company, L.P. common units were converted into BSM common units and subordinated units.

(3)    Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(4)    No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(5)    All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(6)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(7)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends. If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value. In instances noted in first sentence, any gain is reported only when the new security is sold.

(8)     Restricted stock is not valued during restriction period. After restrictions lapse, restricted stock is reflected as owned shares. In the case of CVEO, the restricted stock did not vest and has a value of zero.

(9)     Oil and Gas interests – value not known to filer.

(10)    Private company – value not known to filer.

(11)    Inadvertently omitted in prior year report.

(12)    Amounts for each company aggregate values for the direct ownership of each entity as well as indirectly through other Sterling group entities.

FINANCIAL DISCLOSURE REPORT

Page 8 of 8

Name of Person Reporting

ROSENTHAL, LEE H.

Date of Report

08/12/2016

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LEE H. ROSENTHAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544